**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re:  Samson Bali | Case No.: 10−71891 EDJ 13 |
| aka   Samson Masih | Chapter:   13 |
| Debtor(s) | |

### NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/2/10 dismissing the above−captioned case.

Dated: 11/2/10                                   For the Court:

                                                                Gloria L. Franklin
                                                                Clerk of Court
                                                                United States Bankruptcy Court

Doc # 9

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: acounts              Page 1 of 1                Date Rcvd: Nov 02, 2010
Case: 10-71891                Form ID: DOC               Total Noticed: 7

The following entities were noticed by first class mail on Nov 04, 2010.
db           +Samson Bali,   2038 Hartnell St.,   Union City, CA 94587-3241
smg           CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA  94280-0001
smg          +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg          +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
cr           +Provident Credit Union,   c/o Scheer Law Group, LLP,   155 N. Redwood Drive,   Suite 100,
               San Rafael, CA 94903-1966
11348329     +Provident Credit Union,   303 Twin Dolphins Drive,   Redwood City, CA 94065-1419

The following entities were noticed by electronic transmission on Nov 03, 2010.
smg           EDI: EDD.COM Nov 03 2010 00:28:00      CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Nov 03 2010 00:28:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA  95812-2952
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                    Signature: *Joseph Speetjens*